Jefferson T. Collins, Bar #016428
JONES, SKELTON & HOCHULI P.L.C.
40 N. Central Avenue, Suite 2700
Phoenix, Arizona 85004
Telephone: (602) 263-7359
Fax: (602) 200-7825
jcollins@jshfirm.com

Attorneys for Defendant Target Stores, Inc.

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Anjeanette Guzman, a single woman, <br><br> Plaintiff, <br><br> v. <br><br> Target Stores, Inc., a Minnesota corporation; John Does I-X; Jane Does I-X; Black and White Corporations and Associations I-X; ABC Partnerships I-X, <br><br> Defendants. | No. <br><br> **NOTICE OF REMOVAL** |

      Defendant Target Stores, Inc., by and through undersigned counsel, files this Notice of Removal of this action to the United States District Court for the District of Arizona and states as follows:

      1.    On or about October 17, 2022, this action was commenced against Defendant in the Superior Court of the State of Arizona, in and for the County of Maricopa under the caption *Anjeanette Guzman v. Target Stores, Inc., et al*. Copies of the initial pleadings are attached hereto as Exhibit A. Defendants were served by process on November 15, 2022.

      2.    Target is a Minnesota corporation, domiciled in Minnesota with the principal place of business in Minneapolis, Minnesota. According to the Complaint, Plaintiff is a resident and citizen of Maricopa County, Arizona.

12154669.1

3. This Court has original jurisdiction over the civil action pursuant to 28 U.S.C. § 1332 in that the matter in controversy exceeds the sum or value of $75,000 exclusive of interest and costs, and the action is between citizens of different states, Minnesota and Arizona. The basis for this removal is the fact that, since the filing of the original Complaint, Plaintiff has continued to treat and incur additional medical expenses for allegations of ongoing injury. Specifically, she underwent a carpal tunnel release procedure in May 2023, and is undergoing the same procedure on the other side in October 2023. Plaintiff's current medical specials amount to $39,133.14 and are not complete and do not include the expenses associated with the upcoming surgery. Based upon this information, the amount in controversy exceeds the jurisdictional limits for diversity jurisdiction. Therefore, this action may be removed to this Court pursuant to the provisions of 28 U.S.C. § 1441, et seq.

4. Written notice of the filing of this Notice of Removal will be given to all adverse parties as required by law and a true and correct copy of this Notice will be filed with the Clerk of the Superior Court of the State of Arizona, in and for the County of Maricopa.

5. A Notice of Filing Notice of Removal was filed with the Superior Court and a copy of the same is attached as Exhibit B.

WHEREFORE, Defendants respectfully request that this action be removed to this Court.

DATED this 13th day of October, 2023.

JONES, SKELTON & HOCHULI, P.L.C.

By /s/ Jefferson T. Collins
Jefferson T. Collins
40 N. Central Avenue, Suite 2700
Phoenix, Arizona 85004
Attorneys for Defendant Target Stores, Inc.

12154669.1

# CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of October, 2023, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

/s/ Kathy Kleinschmidt

12154669.1