# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Anjeanette Guzman, a single woman,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>Target Stores, Inc., a Minnesota corporation; John Does I-X; Jane Does I-X; Black and White Corporations and Associations I-X; ABC Partnerships I-X,<br><br>　　　　　　　Defendants. | No.  2:23-cv-02128-SRB<br><br>**ORDER** |

　　　　　Pursuant to the foregoing Stipulation for Dismissal with Prejudice [Doc. 19] and good cause appearing;

　　　　　IT IS HEREBY ORDERED dismissing the above captioned matter with prejudice, each party to bear their own costs and attorneys' fees.

　　　　　Dated this 7th day of October, 2024.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Susan R. Bolton
　　　　　　　　　　　　　　　　　　　United States District Judge